**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   GI Toys Holdings, Inc.,

2. **All other names debtor used in the last 8 years**  
   Airsoft GI.com  
   Airsoft GI, Inc.,

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   27-4917163

4. **Debtor's address**

   **Principal place of business**

   21077 Commerce Point Drive  
   Number    Street

   Walnut             CA    91789  
   City               State  ZIP Code

   Los Angeles County  
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City               State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City               State  ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | GI Toys Holdings, Inc., | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

　　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
　　　　District _____ When __/__/____ Case number _____
　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
　　　　District _____ When __/__/____
　　　　Case number, if known _____　　　MM / DD / YYYY

---

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 2

Debtor   GI Toys Holdings, Inc.,
         _____
         Name                                              Case number (if known)_____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number        Street

_____
City                                    State      ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | GI Toys Holdings, Inc., | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-6-2020
MM / DD / YYYY

X /s/ Walter Huang Jung Chang
Signature of authorized representative of debtor

Walter Huang Jung Chang
Printed name

Title CEO

**18. Signature of attorney**

X /s/ Robert Altagen
Signature of attorney for debtor

Date 2-6-2020
MM / DD / YYYY

Robert Altagen
Printed name

Robert S Altagen
Firm name

1111 Corp Center Dr Mp#201
Number    Street

Monterey Park    CO    91754
City    State    ZIP Code

(323) 268-9588    robertaltagen@altagenlaw.com
Contact phone    Email address

056444    CA
Bar number    State

**Fill in this information to identify the case:**

Debtor name  GI Toys Holding, Inc.,

United States Bankruptcy Court for the:  Central   District of  California
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Barnard & Fifth Capital Group, LLC 200 Irving Place Ste 2 Woodmere, NY 11598 | Attn: Michael Marks tel: 516-2740333 | trade loans | Cont., Unliq. Disputed | | | 200,000 |
| 2 | Barnard & Fifth Capital Group, LLC 200 Irving Place Ste 2 Woodmere, NY 11598 | Attn: Michael Marks tel: 516-2740333 | trade loans | Cont., Unliq. Disputed | | | 800,000 |
| 3 | Barnard & Fifth Capital Group, LLC 200 Irving Place Ste 2 Woodmere, NY 11598 | Attn: Michael Marks tel: 516-2740333 | trade loans | Cont., Unliq. Disputed | | | 100,000 |
| 4 | Everest Business Funding 5 West 37th Street, Ste 1100 New York, NY 10018 | NORELKYS ALTAUNJI tel: (800) 619-2943 | trade loans | Cont., Unliq. Disputed | | | 100,000 |
| 5 | Global Funding Experts 2701 Queens Plaza, North Ste 802, Long Island, NY 11101 | Andre Prioleau tel: 1877-2537686 | trade loans | Cont., Unliq. Disputed | | | 689889.17 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

**Fill in this information to identify the case:**

Debtor: GI Toys Holdings, Inc.,

United States Bankruptcy Court for the: Central District of California

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   Total claim
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 3

Debtor  GI Toys Holdings, Inc.,                                    Case number (if known) _____
        Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Barnard & Fifth Capital Group, LLC<br>200 Irving Place, Ste 2<br>Woodmere, NY | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim: Monies Loaned / Advanced<br>Date or dates debt was incurred: 8/6/2019<br>Last 4 digits of account number: _____<br>Is the claim subject to offset? ☑ No  ☐ Yes | $200,000.00 |
| 3.2 | Barnard & Fifth Capital Group, LLC<br>200 Irving Place, Ste 2<br>Woodmere, NY | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim: Monies Loaned / Advanced<br>Date or dates debt was incurred: 5/21/2019<br>Last 4 digits of account number: _____<br>Is the claim subject to offset? ☑ No  ☐ Yes | $800,000.00 |
| 3.3 | Barnard and Fifth Capital Group, LLC<br>200 Irving Place, Ste 2<br>Woodmere, NY | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim: Monies Loaned / Advanced<br>Date or dates debt was incurred: 8/23/2019<br>Last 4 digits of account number: _____<br>Is the claim subject to offset? ☑ No  ☐ Yes | $100,000.00 |
| 3.4 | Everest Business Funding<br>5 West 37th Street Ste 1100<br>New York, NY | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim: Monies Loaned / Advanced<br>Date or dates debt was incurred: 10/7/2019<br>Last 4 digits of account number: _____<br>Is the claim subject to offset? ☑ No  ☐ Yes | $100,000.00 |
| 3.5 | Global Funding Experts<br>2701 Queens Plaza North, Ste 802<br>Long Island City, NY | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim: Monies Loaned / Advanced<br>Date or dates debt was incurred: 10/28/2019<br>Last 4 digits of account number: _____<br>Is the claim subject to offset? ☑ No  ☐ Yes | $689,889.17 |
| 3.6 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: _____<br>Is the claim subject to offset? ☐ No  ☐ Yes | $ |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 2 of 3

Debtor  GI Toys Holdings, Inc.,　　　　　　　　　　　　　　　　　　　　　　Case number (if known)_____
　　　　　Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,889,889.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,889,889.17 |

United States Bankruptcy Court
Central District of California

In re: GI Toys Holdings, Inc.,

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 2-6-2020

/s/ Walter Huang Jung Chang
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

Barnard & Fifth Capital Group, LLC
200 Irving Place, Ste 2
Woodmere, NY 11598


Barnard & Fifth Capital Group, LLC
200 Irving Place, Ste 2
Woodmere, NY 11598


Barnard & Fifth Capital Group, LLC
200 Irving Place, Ste 2
Woodmere, NY 11598


Everest Business Funding
5 West 37th Street, Ste 1100
New York, NY 10018


Global Funding Experts
2701 Queens Plaza North, Ste 802
Long Island, NY 11101